## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Walter Neal Bowman,                                          Civil No. 07-4940 (RHK/RLE)

            Plaintiff,                                       **ORDER**

vs.

Michael J. Astrue, Commissioner
of Social Security,

            Defendant.

_____

Based upon the Report and Recommendation of Chief United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter,[1] **IT IS ORDERED**:

    1.  The Report and Recommendation (Doc. No. 17) is **ADOPTED**;

    2.  Plaintiff's Motion for Summary Judgment (Doc. No. 9) is **DENIED**;

    3.  Defendant's Motion for Summary Judgment (Doc. No. 12) is **DENIED**;

    4.  This matter is remanded to the Commissioner for further proceedings, in accordance with the Report and Recommendation, pursuant to Sentence 4 of Title 42 U.S.C. § 405(g); and

    5.  Pursuant to the holding in <u>Shalala v. Schaefer</u>, 509 U.S. 292, 297 (1993), judgment will be entered accordingly.

Dated: March 18, 2009

                                                        <u>s/Richard H. Kyle</u>
                                                        RICHARD H. KYLE
                                                        United States District Judge

---

[1] No Objections have been filed by either party, although the Assistant United States Attorney gratuitously, and in a self-serving manner, opines that the Commissioner's "defense in this case appears clearly reasonable and well founded in law and fact."